
FILED
SEP 13 2016
Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TORI I. NORMAN,<br><br>Defendant. | PO-16-5110-M-JCL<br>CVB Violation No:<br>6327677<br><br>ORDER DISMISSING |

The government has moved to dismiss the above referenced violation notice with prejudice. Accordingly,

**IT IS ORDERED** that violation notice 6327677 is **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this _13th_ day of September, 2016.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB

ORDER DISMISSING - PAGE 1